FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 13 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-00135 RGK |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| DANIEL PARK, | |
| Defendant. | |

    The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable R. Gary Klausner, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

1 | B.    (X)   The defendant has not met his burden of establishing by clear and convincing
2 |              evidence that he is not likely to pose a danger to the safety of any other person
3 |              or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding
4 |              is based on the nature of the charged offense and defendant's criminal history.
5 |
6 |       IT THEREFORE IS ORDERED that the defendant be detained pending the further
7 | revocation proceedings.
8 |
9 |
10 | Dated: November 13, 2014
11 |                                          /s/     Arthur Nakazato
                                          ARTHUR NAKAZATO
12 |                                   UNITED STATES MAGISTRATE JUDGE

2